

UNITED STATES BANKRUPTCY COURT
Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354

(209) 521-5160
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**8/27/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

cwam

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:　10-90856 - D - 13G

Debtor Name(s), Social Security Number(s), and Address(es):

Roger A. Clark
xxx-xx-6794

2805 N Gratton Rd
Denair, CA 95316-8534

Brenda J. Clark
xxx-xx-2380

2805 N Gratton Rd
Denair, CA 95316-8534

NOTICE IS HEREBY GIVEN THAT:

An order was entered on the docket in this case on August 27, 2010 . The document number and docket text for this order are set forth below.

[62] - Civil Minute Order Granting [58] Motion/Application To Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [RDG-2], Granting [58] Motion/Application to Dismiss Case/Proceeding [RDG-2] (cwam)

Dated:
8/27/10

For the Court,
Richard G. Heltzel , Clerk